528

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL MARTIN, Appellant.— Motion to dismiss appeal granted. Defendant may raise the question whether he was prevented by prison authorities from filing a timely notice of appeal by application to the County Court for a writ of error *coram nobis*. (See *People* v. *Hairston*, 10 N Y 2d 92.) Gibson, P. J.. Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.